PROB 12A
(7/93)

Report Date: July 21, 2006

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 24 2006

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**Report on Offender Under Supervision**
*(No Action Requested)*

Name of Offender: Margaret Floresca          Case Number: 2:99CR02012-001

Name of Sentencing Judicial Officer: The Honorable Alan A. McDonald

Date of Original Sentence: 8/3/1999          Type of Supervision: Supervised Release

Original Offense: Conspiracy (to Commit Robbery),     Date Supervision Commenced: 9/4/2003
18 U.S.C. §§ 371, 1153 and 2111

Original Sentence: Prison - 60 Months; TSR - 36    Date Supervision Expires: 9/3/2006
Months

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1          **Mandatory Condition #6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

**Supporting Evidence**: The offender's term of supervision is due to expire on September 3, 2006. The offender was ordered to pay $6,320.91 in restitution joint and severally with three other codefendants. A total of $4,304.12 has been paid to date, leaving a balance owing of $2,016.79. The offender is financially unable to pay the remainder of restitution prior to the expiration of supervision.

**U.S. Probation Officer Action**:

The offender's term of supervised release is scheduled to terminate on September 3, 2006. Her term of supervised release cannot be extended without a revocation hearing. The offender is currently unemployed and living with her parents in Nespelem, Washington. She has been making semi-regular monthly restitution payments of $25, with her last payment received on July 5, 2006. The probation officer believes the offender has been making payments to the best of her ability. Even after supervision expires, the government retains the ability to collect restitution for a period of 20 years from the date of the judgment. In addition, the codefendants, who are on supervision or are in custody will continue to make payments, which should result in restitution being paid in full.

It is respectfully recommended the Court take judicial notice of the offender's failure to pay restitution and take no further action allowing supervised release to terminate on September 3, 2006.

Prob12A
Re:  Floresca, Margaret A
July 21, 2006
Page 2

                                                        Respectfully submitted,
                                              by        _____
                                                        Kevin Crawford
                                                        U.S. Probation Officer
                                                        Date:  July 21, 2006

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Let her supervision expire 9/3/06

_____
Signature of Judicial Officer

7/24/06
Date